U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
ARTEMUS BANKS v. BAXTER INTERNATIONAL, INC. a corporation, et al.

Case Number:
**FILED: APRIL 23, 2008**
**08CV2324    AEE**
**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Artemus Banks

| | |
|---|---|
| NAME (Type or print) Donald J. Nolan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Donald J. Nolan | |
| FIRM NOLAN LAW GROUP | |
| STREET ADDRESS 20 N. Clark St., 30th Floor | |
| CITY/STATE/ZIP Chicago/Illinois/60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) IL 2058391 | TELEPHONE NUMBER 312-630-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |