U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ARTEMUS BANKS v. BAXTER INTERNATIONAL, INC. a corporation, et al. | **FILED: APRIL 23, 2008**<br>**08CV2324     AEE**<br>**JUDGE GETTLEMAN**<br>**MAGISTRATE JUDGE MASON** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Artemus Banks

| NAME (Type or print) |  |
|---|---|
| Jennifer Lynn Parker |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Jennifer Lynn Parker |  |
| FIRM |  |
| NOLAN LAW GROUP |  |
| STREET ADDRESS |  |
| 20 N. Clark St., 30th Floor |  |
| CITY/STATE/ZIP |  |
| Chicago/Illinois/60602 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| IL 6287057 | 312-630-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |