## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2324                    Assigned/Issued By: j. n.

Judge Name: GETTLEMAN              Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:*   ☑ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                              Receipt #: 2720520

Date Payment Rec'd: 4-23-08                   Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons      _____
                                          (Victim, Against and $ Amount)
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____               _____
       (Type of Writ)                     (Type of issuance)

6 Original and 0 copies on 4/24/08 as to ALL DEFENDANTS
                      (Date)