UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTEMUS BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-02324 |
| | ) | |
| BAXTER INTERNATIONAL, INC., a | ) | Judge Gettleman |
| corporation; BAXTER HEALTHCARE | ) | |
| CORPORATION, a corporation, and SCIENTIFIC | ) | |
| PROTEIN LABORATORIES, LLC, a limited | ) | |
| liability company, ROBERT L. PARKINSON, JR., | ) | |
| JAMES M. GATLING, and DAVID ROHRBACH, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

On May 14, 2008 at 9:15 a.m or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman in Courtroom 1703 at the United States District Court, Northern District of Illinois, in the Everett McKinley Dirksen Building, Chicago, Illinois, and shall then and there move in accordance with the attached Plaintiff's Motion for Order to Preserve Evidence, a copy of which is served upon you.

/s/ Paul R. Borth
Paul R. Borth, Esq.
Nolan Law Group
20 N. Clark Street, 30th Floor
Chicago, IL 60602
Telephone: (312) 630-4000
Facsimile:  (312) 630-4011
Attorney No.  6226633

1

## CERTIFICATE OF SERVICE

    I, Paul R. Borth do hereby certify that on May 9, 2008, I caused a copy of the foregoing Notice of Motion to be served on Defendant's counsel via electronically filing and is available for viewing and downloading form the Court's ECF System, which provided electronic notice to all attorneys of record and a copy of the same was also served by overnight delivery:

Leslie M. Smith, P.C.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000


This 9th day of May, 2008.

                                        /s/ Paul R. Borth
                                        Paul R. Borth, Esq.