## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTEMUS BANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:08-CV-02324 |
| | ) |
| BAXTER INTERNATIONAL INC., a corporation; BAXTER HEALTHCARE CORPORATION, a corporation, and SCIENTIFIC PROTEIN LABORATORIES, LLC, a limited liability company, ROBERT L. PARKINSON, JR., JAMES M. GATLING, and DAVID ROHRBACH, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

Defendants Baxter International Inc., Baxter Healthcare Corporation, Robert L. Parkinson, Jr. and James M. Gatling ("Defendants") hereby give notice of their Motion to Stay Proceedings Pending Transfer to the Judicial Panel on Multidistrict Litigation. Defendants shall appear before the Court on Wednesday, May 14 at 9:15 in the morning, or as soon thereafter as can be heard for presentment of this motion, a copy of which is served upon you.

This the 9th day of May, 2008.

Respectfully submitted,

     /s/ Leslie M. Smith, P.C.
Leslie M. Smith, P.C., Attorney No. 6196244
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
telephone: (312) 861-2000
facsimile: (312) 861-2200

2

## CERTIFICATE OF SERVICE

    I, Leslie M. Smith, P.C. do hereby certify that on May 9, 2008, I caused a copy of the foregoing **NOTICE OF MOTION** to be served on Plaintiff's counsel by overnight delivery:

    Donald J. Nolan
    Paul R. Borth
    Jennifer L. Parker
    NOLAN LAW GROUP
    20 North Clark Street, 30th Floor
    Chicago, Illinois  60602-4109
    Tel: (312) 630-4109

This 9th day of May, 2008.

                                          /s/ Leslie M. Smith, P.C.
                                          Leslie M. Smith, P.C.