UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTEMUS BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-CV-02324 |
| ) | |
| BAXTER INTERNATIONAL INC., a ) | Judge Gettleman |
| corporation; BAXTER HEALTHCARE ) | |
| CORPORATION, a corporation, and ) | |
| SCIENTIFIC PROTEIN ) | |
| LABORATORIES, LLC, a limited liability ) | |
| company, ROBERT L. PARKINSON, JR., ) | |
| JAMES M. GATLING, and DAVID ) | |
| ROHRBACH, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

Defendants Baxter International Inc., Baxter Healthcare Corporation, Robert L. Parkinson, Jr. and James M. Gatling ("Defendants") move this Court for an extension of time for Defendants to file their responsive pleading pending the Court's decision on Defendants' Motion to Stay Proceedings Pending Transfer to the Judicial Panel on Multidistrict Litigation.

1. Defendants previously moved for a stay of all proceedings pending transfer to the Judicial Panel on Multidistrict Litigation and the Court continued that motion until a hearing on Thursday, May 22, 2008;

2. Defendants' answer would be due Wednesday, May 21, 2008;

3. Counsel for Plaintiff and Defendants agree to an extension of time for Defendants to file their responsive pleading pending the Court's ruling on the motion to stay;

4. Should the Court deny Defendants' motion to stay, Defendants' will file their responsive pleading on an agreed upon date to be set at the May 22 hearing;

This the 19th day of May, 2008.

        Respectfully submitted,

        /s/ Leslie M. Smith, P.C.
Leslie M. Smith, P.C., Attorney No. 6196244
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
telephone: (312) 861-2000
facsimile: (312) 861-2200

## CERTIFICATE OF SERVICE

I, Leslie M. Smith, P.C. do hereby certify that on May 19, 2008, I caused a copy of the foregoing **AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** to be served on Plaintiff's counsel by overnight delivery:

> Donald J. Nolan
> Paul R. Borth
> Jennifer L. Parker
> NOLAN LAW GROUP
> 20 North Clark Street, 30th Floor
> Chicago, Illinois  60602-4109
> Tel: (312) 630-4109

This the 19th day of May, 2008.

/s/ Leslie M. Smith, P.C.
Leslie M. Smith, P.C.