# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTEMUS BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-CV-02324 |
| ) | |
| BAXTER INTERNATIONAL INC., a ) | Judge Gettleman |
| corporation; BAXTER HEALTHCARE ) | |
| CORPORATION, a corporation, and ) | |
| SCIENTIFIC PROTEIN ) | |
| LABORATORIES, LLC, a limited liability ) | |
| company, ROBERT L. PARKINSON, JR., ) | |
| JAMES M. GATLING, and DAVID ) | |
| ROHRBACH, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

Defendants Baxter International Inc., Baxter Healthcare Corporation, Robert L. Parkinson, Jr. and James M. Gatling ("Defendants") hereby give notice of their Agreed Motion to Extend Time to Answer or Otherwise Respond. Defendants shall appear in Courtroom 1703 before Judge Gettleman on Thursday, May 22 at 9:15 in the morning, or as soon thereafter as can be heard for presentment of this motion, a copy of which is served upon you.

This the 19th day of May, 2008.

                                            Respectfully submitted,

                                            /s/ Leslie M. Smith, P.C.
                                        Leslie M. Smith, P.C., Attorney No. 6196244
                                        Kirkland & Ellis LLP
                                        200 East Randolph Drive
                                        Chicago, IL 60601
                                        telephone: (312) 861-2000
                                        facsimile: (312) 861-2200

2

## CERTIFICATE OF SERVICE

    I, Leslie M. Smith, P.C. do hereby certify that on May 19, 2008, I caused a copy of the foregoing **NOTICE OF MOTION** to be served on Plaintiff's counsel by overnight delivery:

    Donald J. Nolan
    Paul R. Borth
    Jennifer L. Parker
    NOLAN LAW GROUP
    20 North Clark Street, 30th Floor
    Chicago, Illinois  60602-4109
    Tel: (312) 630-4109

This 19th day of May, 2008.

                                                      /s/ Leslie M. Smith, P.C.
                                                   Leslie M. Smith, P.C.