UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTEMUS BANKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAXTER INTERNATIONAL, INC., a ) <br> corporation; BAXTER HEALTHCARE ) <br> CORPORATION, a corporation, and SCIENTIFIC ) <br> PROTEIN LABORATORIES, LLC, a limited ) <br> liability company, ROBERT L. PARKINSON, JR., ) <br> JAMES M. GATLING, and DAVID ROHRBACH, ) <br> ) <br> Defendants. ) | Case No. 08-cv-02324 <br><br> Judge Gettleman |

### NOTICE OF MOTION

On May 27, 2008 at 9:15 a.m or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman in Courtroom 1703 at the United States District Court, Northern District of Illinois, in the Everett McKinley Dirksen Building, Chicago, Illinois, and shall then and there move in accordance with the attached Plaintiff's Motion for Order to Preserve SPL Evidence, a copy of which is served upon you.

/s/ Paul R. Borth
Paul R. Borth, Esq.
Nolan Law Group
20 N. Clark Street, 30th Floor
Chicago, IL 60602
Telephone: (312) 630-4000
Facsimile:  (312) 630-4011
Attorney No.  6226633

1

## CERTIFICATE OF SERVICE

I, Paul R. Borth do hereby certify that on May 21, 2008, I caused a copy of the foregoing Notice of Motion to be served on Defendant's counsel via electronically filing and is available for viewing and downloading from the Court's ECF System, which provided electronic notice to all attorneys of record:

Leslie M. Smith, P.C.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000


and

I, Paul R. Borth, do hereby further certify that on May 21, 2008, I caused a copy of the foregoing document and notice to be served by overnight delivery, signature receipt requested, to the following non-ECF participant:

Scientific Protein Laboratories, LLC
CT corporation System, c/o Registered Agent
8040 Excelsior Drive, Ste. 200
Madison, WI 53717


This 21st day of May, 2008.

/s/ Paul R. Borth
Paul R. Borth, Esq.

2