## CERTIFICATE OF SERVICE

I, Paul R. Borth, do hereby certify that on May 21, 2008, I caused a copy of **Plaintiff's Motion for Order to Preserve SPL Evidence** to be served on Defendant's counsel by electronically filing the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Leslie M. Smith, P.C.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2141
**Attorneys for Baxter Healthcare Corp., Baxter International, Inc.,
Robert L Parkinson & James M. Gatling, Defendants**

and

I, Paul R. Borth, do hereby further certify that on May 21, 2008, I caused a copy of **Plaintiff's Motion for Order to Preserve SPL Evidence** to be served by overnight delivery, signature receipt requested, to the following non-ECF participant:

Scientific Protein Laboratories, LLC
CT corporation System, c/o Registered Agent
8040 Excelsior Drive, Ste. 200
Madison, WI 53717

/s/ Paul R. Borth, Esq.
Paul R. Borth, Atty. No.: 6226633
NOLAN LAW GROUP
20 North Clark Street, 30th Floor
Chicago, Illinois 60602-4109
Tel: (312) 630-4000
Fax: (312) 630-4011