

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
May 23, 2008
MAY 2 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| ARTEMUS BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CV-02324 |
| | ) | |
| BAXTER INTERNATIONAL INC., a corporation; BAXTER HEALTHCARE CORPORATION, a corporation, and SCIENTIFIC PROTEIN LABORATORIES LLC, a limited liability company, ROBERT L. PARKINSON, JR., JAMES M. GATLING, and DAVID ROHRBACH, | ) ) ) ) ) ) ) | Judge Gettleman |
| Defendants. | ) ) | |

### AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

Defendant Scientific Protein Laboratories LLC ("SPL") moves this Court for an extension of time for SPL to file its responsive pleading pending the Court's decision on the Motion to Stay Proceedings Pending Transfer to the Judicial Panel on Multidistrict Litigation of defendants Baxter International Inc., Baxter Healthcare Corporation, Robert L. Parkinson, Jr., and James M. Gatling ("Non SPL Defendants").

1. On May 12, 2008, Non SPL Defendants moved for a stay of all proceedings pending transfer to the Judicial Panel on Multidistrict Litigation, and the Court continued that motion until a hearing on Tuesday, May 27, 2008;

2. SPL's answer would be due Tuesday, May 27, 2008.

470701_1.DOC

3. Counsel for Plaintiff and SPL agree to an extension of time for SPL to file its responsive pleading pending the Court's ruling on the motion to stay;

4. Should the Court deny the motion to stay, SPL will file its responsive pleading on an agreed upon date to be set at the May 27 hearing;

This the 22nd day of May, 2008.

                              Respectfully submitted,

                              Adam Le Berthon (*pro hac pending*)
                              Arnold & Porter LLP
                              777 South Figueroa Street
                              Suite 4400
                              Los Angeles, CA 90017
                              Telephone:   (213) 243-4000
                              Facsimile:    (213) 243-4199

## CERTIFICATE OF SERVICE

I, Lorraine Danielson, do hereby certify that on May 22, 2008, I caused a copy of the foregoing **AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** to be served on Plaintiff's counsel by overnight delivery:

Donald J. Nolan
Paul R. Borth
Jennifer L. Parker
NOLAN LAW GROUP
20 North Clark Street, 30th Floor
Chicago, Illinois 60602-4109
Telephone: (312) 630-4109

Leslie M. Smith
Renee D. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Suite 6100
Chicago, IL 60601
Telephone: (312) 861-2000

This the 22nd day of May, 2008.

*Lorraine Danielson*
Lorraine Danielson

470705_1.DOC