

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
May 23, 2008
MAY 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ARTEMUS BANKS, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>BAXTER INTERNATIONAL INC., a )<br>corporation; BAXTER HEALTHCARE )<br>CORPORATION, a corporation, and )<br>SCIENTIFIC PROTEIN LABORATORIES )<br>LLC, a limited liability company, ROBERT )<br>L. PARKINSON, JR., JAMES M. )<br>GATLING, and DAVID ROHRBACH, )<br>)<br>Defendants. )<br>) | Case No. 1:08-CV-02324<br><br>Judge Gettleman |

## NOTICE OF MOTION

Defendant Scientific Protein Laboratories LLC ("SPL") hereby gives notice of its Agreed Motion to Extend Time to Answer or Otherwise Respond. SPL shall appear in Courtroom 1703 before Judge Gettleman on Tuesday, May 27 at 9:15 in the morning, or as soon thereafter as can be heard for presentment of this motion, a copy of which is served upon you.

This the 22nd day of May, 2008.

Respectfully submitted,

_[signature]_
Adam Le Berthon (*pro hac pending*)
Arnold & Porter LLP
777 South Figueroa Street
Suite 4400
Los Angeles, CA 90017
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

470703_1.DOC

## **CERTIFICATE OF SERVICE**

I, Lorraine Danielson, do hereby certify that on May 22, 2008, I caused a copy of the foregoing **NOTICE OF MOTION** to be served on Plaintiff's counsel by overnight delivery:

Donald J. Nolan
Paul R. Borth
Jennifer L. Parker
NOLAN LAW GROUP
20 North Clark Street, 30th Floor
Chicago, Illinois 60602-4109
Telephone: (312) 630-4109

Leslie M. Smith
Renee D. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Suite 6100
Chicago, IL 60601
Telephone: (312) 861-2000

This the 22nd day of May, 2008.

_/s/ Lorraine Danielson_
Lorraine Danielson

470705_1.DOC