## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Artemus Banks

                        Plaintiff,

v.                                                        Case No.: 1:08−cv−02324
                                                            Honorable Robert W. Gettleman

Baxter International, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Counsel are to submit a proposed draft order regarding motion to preserve evicence [9]. Motion hearing held on 5/27/2008 regarding motion to stay [8]; motion to preserve SPL evidence [17]; and motion to extend time [21], which are continued to 6/5/2008 at 09:30 a.m. Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.