# United States District Court, Northern District of Illinois

M HN

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2324 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Artemus Banks  vs  Baxter International | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for order to preserve evidence is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|