# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2324 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Artemus Banks   vs   Baxter International, Inc., et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [17] for order to preserve evidence is granted by agreement.

[For further detail see separate order]
[Docketing to mail notice]

00:06

| | Courtroom Deputy | GDS |
|---|---|---|