UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTEMUS BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:08-CV-02324 |
| ) | |
| BAXTER INTERNATIONAL INC., a ) | |
| corporation; BAXTER HEALTHCARE ) | |
| CORPORATION, a corporation, and ) | |
| SCIENTIFIC PROTEIN ) | |
| LABORATORIES, LLC, a limited liability ) | |
| company, ROBERT L. PARKINSON, JR., ) | |
| JAMES M. GATLING, and DAVID ) | |
| ROHRBACH, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered Plaintiff Artemus Banks's Motion for Order to Preserve Evidence and upon agreement between Plaintiff and Defendant Scientific Protein Laboratories LLC ("SPL"), the Court orders as follows:

1. All test results, data generated from tests, and testing protocols from recall-related testing of heparin sodium active pharmaceutical ingredient ("API") possessed or controlled by SPL shall be preserved;

2. SPL shall preserve all remaining samples of heparin sodium API Lot No. 1060-06-0038 (the lot number at issue in this case) in its possession, custody or control;

3. Within ten days of entry of this Order, SPL shall provide Plaintiff with copies of the results of all nuclear magnetic resonance and capillary electrophoresis tests performed on heparin sodium API Lot No. 1060-06-0038 in its possession, custody or control; and

4. This order may be modified at later date by any Multidistrict Litigation Court if this case is so transferred.

IT IS SO ORDERED this the 5th day of June, 2008.

*Robert W. Gottleman*
UNITED STATES DISTRICT JUDGE