JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**

JUN 1 7 2008

FILED
CLERK'S OFFICE

FILED

JUN 2 3 2008
6-23-2008
Judge Robert W. Gettleman
United States District Court

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

08 c 2324

IN RE: HEPARIN PRODUCTS
LIABILITY LITIGATION

MDL No. 1953

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 6, 2008, the Panel transferred two civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable James G. Carr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Carr.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 6, 2008, and, with the consent of that court, assigned to the Honorable James G. Carr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: HEPARIN PRODUCTS
LIABILITY LITIGATION                                          MDL No. 1953

**SCHEDULE CTO-1 - TAG-ALONG ACTIONS**

**DIST. DIV. C.A. #**           **CASE CAPTION**

FLORIDA MIDDLE
   FLM  2  08-284              Patricia Collins v. Baxter Healthcare Corp., et al.

GEORGIA NORTHERN
   GAN  4  08-55               Nancy Ann Fowler, et al. v. Hamilton Medical Center, Inc., et al.

ILLINOIS NORTHERN
   ILN  1  08-2058             Mark Andrew Scott, etc. v. Baxter International, Inc., et al.
   ILN  1  08-2168             Patrick Arnold, et al. v. Baxter Healthcare Corp.
→ ILN  1  08-2324             Artemus Banks v. Baxter International, Inc., et al.
   ILN  1  08-2511             Betty Valenzo, etc. v. Baxter Healthcare Corp., et al.

LOUISIANA EASTERN
   LAE  2  08-3424             Sines Liner, Jr., et al. v. Baxter Healthcare Corp., et al.

NEW JERSEY
   NJ  1  08-1664              Coletta Glass, et al. v. Baxter International, Inc., et al.
   NJ  2  08-1705              Vladimir Doncov, etc. v. Baxter Healthcare Corp., et al.

PENNSYLVANIA WESTERN
   PAW  2  08-547              John P. DiSciullo v. Baxter Healthcare Corp., et al.

PUERTO RICO
   PR  3  08-1372              Jeffrey Friedman v. Baxter International, Inc., et al.
   PR  3  08-1455              Cristobal Rosado-Fontanes, et al. v. Baxter International, Inc., et al.

TENNESSEE EASTERN
   TNE  1  08-109              Paul Steele v. Baxter Healthcare Corp., et al.

TEXAS EASTERN
   TXE  2  08-199              Tim Spivey, et al. v. Baxter International, Inc., et al.