

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**  
**CLERK**

**OFFICE OF THE CLERK**  
**(312) 435-5691**

June 24, 2008

Ohio Northern District Court

Carl B. Stokes United States  
Court House  
801 West Superior Avenue  
Cleveland, OH 44113

Re: Banks v. Baxter International, Inc.  
Case: 08-CV-2324

Dear Clerk:

Enclosed is the electronic record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on 6/17/08.

■   was electronically transmitted to USDC Northern District of Ohio

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   Carmen Acevedo

Enclosures

New Case No. _____    Date _____